**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **On This Day LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-3494792** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **176-180 Grand Street** <br> **New York, NY 10013** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **onthisdayny.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **On This Day LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5137</u>

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | On This Day LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **On This Day LLC**
         Name                                              Case number (*if known*)

| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **On This Day LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

████ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2023**
                       MM / DD / YYYY

**X** **/s/ John Varvatos**                                         **John Varvatos**
Signature of authorized representative of debtor       Printed name

Title   **CEO**

**18. Signature of attorney**

**X** **/s/ Gregory M. Messer**                     Date   **March  7, 2023**
Signature of attorney for debtor                                    MM / DD / YYYY

**Gregory M. Messer 7539**
Printed name

**Law Office of Gregory Messer**
Firm name

**26 Court Street**
**Suite 2400**
**Brooklyn, NY 11242**
Number, Street, City, State & ZIP Code

Contact phone   **718 858-1474**    Email address   **gmesser@messer-law.com**

**7539 NY**
Bar number and State

Debtor   **On This Day LLC**                                                          Case number (*if known*) _____
          Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK
_____

Case number (*if known*) _____   Chapter   __**7**__

☐ Check if this an
   amended filing

---

### FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| | | | | |
|---|---|---|---|---|
| Debtor | **OTD Grand Street LLC** | | Relationship to you | _____ |
| District | **Southern District of New York** | When **3/06/23** | Case number, if known | _____ |
| Debtor | **OTD Spring Street LLC** | | Relationship to you | _____ |
| District | **Southern District New York** | When **3/06/23** | Case number, if known | _____ |
| Debtor | **OTD Sunset LLC** | | Relationship to you | _____ |
| District | **Southern District New York** | When **3/06/23** | Case number, if known | _____ |

**Fill in this information to identify the case:**

Debtor name    **On This Day LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2023**          X **/s/ John Varvatos**
                                              Signature of individual signing on behalf of debtor

                                              **John Varvatos**
                                              Printed name

                                              **CEO**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **On This Day LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*....................................................................................   $ _____ **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................   $ _____ **863.52**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...................................................................................   $ _____ **863.52**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $ **2,640,000.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ **44,572.07**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$ **2,649,124.30**

4.  Total liabilities ..........................................................................................................................
    Lines 2 + 3a + 3b                                                                          $ **5,333,696.37**

| Fill in this information to identify the case: |
| --- |
| Debtor name   **On This Day LLC** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Citi National Bank** | **checking** | | $431.76 |
| | **City National Bank Accounts:** **AAS Busineess acct no 1587** **Analyzed Business acct no 1595** **AAS Business acct no xxx2869** **Analyzed Business acct no xxx2877** **AAS Business acct no xxx3741** | | | |
| 3.2. | **Business Money Market  acct no 7993** | | | $431.76 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $863.52 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Debtor    **On This Day LLC**                                   Case number *(If known)* _____
            Name

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 4:</span>    **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 5:</span>    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 6:</span>    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 7:</span>    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 8:</span>    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 9:</span>    **Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 10:</span>    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

<span style="background:black;color:white">Part 11:</span>    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **On This Day LLC**
_____          Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $863.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $863.52 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $863.52 |

**Fill in this information to identify the case:**

Debtor name        **On This Day LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1  Scott Borchetta / Rob Taylor**
Creditor's Name

**c/o Wiles & Taylor & Co PC
4011 Armory Oaks Dr.
Nashville, TN 37204**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
loan
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$2,640,000.00**     Column B: **$0.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$2,640,000.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name **On This Day LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**California Taxes**<br>**555 County Center Flr 1**<br>**Redwood City, CA 94063** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28,936.56** | **$28,936.56** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address<br>**New York State**<br>**Dept of Taxation & Financ**<br>**PO Box 61000**<br>**Albany, NY 12261-0001** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,635.51** | **$15,635.51** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **On This Day LLC**                                                    Case number (if known) _____
_____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,520.54 |
|---|---|---|---|

**606 Limited**
**Flat B, 9/F Cheung Lung Ind Bl**
**10 Cheung Yee Str Cheung ShaWa**
**Kowloon, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __goods & services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,743.02 |
|---|---|---|---|

**707 Limited / Seazon Pacific**
**5/F,AIA Financial Centre**
**112 King Fuk Str, San Po Kong**
**Kowloon, HK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __goods & services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970.00 |
|---|---|---|---|

**Activaire LLC**
**67 West Street**
**Suite 401**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __goods & services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,000.00 |
|---|---|---|---|

**Adeptus Partners LLC**
**733 Route 35 North**
**Sutie A**
**Asbury Park, NJ 07712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __goods & services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,210.41 |
|---|---|---|---|

**Alder Facilities Marketplace**
**920 Broadway, Floor 8**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __goods & services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,350.00 |
|---|---|---|---|

**Align Public Relations Inc**
**9190 West Olympic Blvd**
**Suite 269**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __goods & services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,330.00 |
|---|---|---|---|

**Artwell Holding LLC**
**7/F Yau Lee Centre**
**No. 45 Hooi Yuen Rd Kwun Tong**
**Kowloon, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __goods & services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | On This Day LLC | Case number (if known) | |
|--------|-----------------|------------------------|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,875.60**

Beste SpA
Via Primo Levi, 6-Loc.
Pnte di Colle
59025 Cantagallo, Prato, Italy

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,939.85**

Boltacity LLC
999 Riverview Dr
2nd floor
Totowa, NJ 07512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,967.00**

Bonotto S.p.A.
via Louvigny, 30
36064 Colcersa (VI) Italy

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,449.45**

ByNext
650 Belleville Turnpike
Unit 1
Kearny, NJ 07032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139,026.15**

Centaur Properties LLC
580 Fifth Avenue
32nd Floor
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,557.62**

Cervotessile S.P.A.
Via Olona, 123
21013 Gallarate (Varese) Italy

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,681.31**

CKM Creative
25 Ridge Road
Budd Lake, NJ 07828

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **On This Day LLC** | Case number *(if known)* | |
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,038.25** |
|---|---|---|---|
| | **DHL Express (USA) Inc.** | ☐ Contingent | |
| | **16592 Collections Dr.** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __goods & services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,925.02** |
|---|---|---|---|
| | **Dinamo Srl** | ☐ Contingent | |
| | **Via Milano 9** | ☐ Unliquidated | |
| | **59013 Montemurlo (PO) Italy** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __goods & services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,360.00** |
|---|---|---|---|
| | **E.L.K. Deisgn Corp.** | ☐ Contingent | |
| | **64-11 99 Street** | ☐ Unliquidated | |
| | **Rego Park, NY 11374** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __goods & services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,320.00** |
|---|---|---|---|
| | **Elite Model Mngmt LLC** | ☐ Contingent | |
| | **245 Fifth Ave** | ☐ Unliquidated | |
| | **24th Floor** | ☐ Disputed | |
| | **New York, NY 10016** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __goods & services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,798.30** |
|---|---|---|---|
| | **Eric Lukenich** | ☐ Contingent | |
| | **265 Prospect Pl** | ☐ Unliquidated | |
| | **Brooklyn, NY 11238** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __goods & services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,942.20** |
|---|---|---|---|
| | **Eurofins (Modern Testing Svs)** | ☐ Contingent | |
| | **349 Lenox Street** | ☐ Unliquidated | |
| | **Norwood, MA 02062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __goods & services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,692.12** |
|---|---|---|---|
| | **Fast Signs** | ☐ Contingent | |
| | **4031-B Sepulveda Blvd.** | ☐ Unliquidated | |
| | **Culver City, CA 90230** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __goods & services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **On This Day LLC**
_____
Name

Case number (if known) _____

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,574.86 |

**Fedex Customer Relations**
**3875 Airways Module H3**
**Department 4634**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444.16 |

**Gilwood China Co Ltd.**
**Rooom 1008 Building D**
**No. 7001 Zhongchun RD**
**Minghang 20101 Shanghai, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412,967.45 |

**Global Freight USA LLC**
**230-59 JFKF Intl Airport**
**Center Blvd, Suite 270**
**Springfield Gardens, NY 11413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,960.00 |

**Heoynil Oh**
**377 Rectoro Pl**
**New York, NY 10280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,805.00 |

**Hopificio Tessile Srls**
**Strada San Mauro**
**193/5B, Torino 10156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,014.46 |

**Imperial Cleaning**
**151 Dixon Avenue**
**Amityville, NY 11701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,820.00 |

**Infinity srl**
**Via per Marcco 12/C**
**38068 Rovereto TN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **On This Day LLC**                                    Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,302.75** |

3.29   **Nonpriority creditor's name and mailing address**
**Jackson Lewis PC**
**666 Third Ave.**
**29th Floor**
**New York, NY 10017-4000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$1,302.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  goods & services

Is the claim subject to offset? ■ No ☐ Yes

---

3.30   **Nonpriority creditor's name and mailing address**
**JG Maintenance Co.**
**413 N. Adams St**
**Apt. 106**
**Glendale, CA 91206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$1,443.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  goods & services

Is the claim subject to offset? ■ No ☐ Yes

---

3.31   **Nonpriority creditor's name and mailing address**
**John & Joyce Varvatos**
**176-180 Grand Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$434,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  loan

Is the claim subject to offset? ■ No ☐ Yes

---

3.32   **Nonpriority creditor's name and mailing address**
**John Varvatos**
**176-180 Grand Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$33,066.49**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  goods & services

Is the claim subject to offset? ■ No ☐ Yes

---

3.33   **Nonpriority creditor's name and mailing address**
**Jowoo Ltd.**
**Suite 405, Seoulsup IT Castle**
**Gwangnaru-ro 130, Seeongdong-g**
**Seoul, Korea 04788**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$12,435.45**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  goods & services

Is the claim subject to offset? ■ No ☐ Yes

---

3.34   **Nonpriority creditor's name and mailing address**
**Kailas Photography**
**41 Varick Ave.**
**#415**
**Brooklyn, NY 11237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$2,100.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  goods & services

Is the claim subject to offset? ■ No ☐ Yes

---

3.35   **Nonpriority creditor's name and mailing address**
**Kilroy Realty Corp.**
**3780 Kilroy Airport Way**
**Suite 410**
**Long Beach, CA 90822**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$117,634.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  goods & services

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **On This Day LLC**                                    Case number *(if known)* _____

Name

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$687.50**

**Kim Morrell**
**90 Lexington Avenue**
**Apt. 5D**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,605.00**

**King Baby**
**1621 12th Street**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,027.54**

**Knopf & Knopf Intl**
**HauptstraBe 5**
**88437 Maselheim-Apfingen**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,419.58**

**L Industries (Man Yan Garment**
**Textiles Company Ltd.**
**Gaoping Ind Park Sanjiao Town**
**Zhongshan City Guangdong China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,831.16**

**Lanificio FA I SA srl**
**Via Menabuoni**
**14 - 59100 Prato**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,245.92**

**Lanificio Faliero Sarti S.r.l.**
**Via Vittoorio Alfieri, 92**
**50013 Campi Biseenzio (FI)**
**Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,700.00**

**Lanny K.W. Inc.**
**113 Danbury Rd**
**Unit 9**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **On This Day LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,148.75 |
|---|---|---|
| **Levels Up HCS LLC**<br>**90 Broad Street**<br>**Suite 902**<br>**New York, NY 10004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __goods & services__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,984.80 |
|---|---|---|
| **Liberty Mutual**<br>**RPC PO Boox 1604**<br>**New York, NY 10016-1604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __goods & services__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,782.47 |
|---|---|---|
| **Loffredo Brooks Architects**<br>**118 West 22nd Street**<br>**4th Floor**<br>**New York, NY 10011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __goods & services__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,804.18 |
|---|---|---|
| **Lyria s.p.a.**<br>**via Veneezia 30 / 32**<br>**59013 Montemurlo (PO) Italy** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __goods & services__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,313.30 |
|---|---|---|
| **Mainetti USA**<br>**200 Connell Drive**<br>**Suite 3100**<br>**Berkeley Heights, NJ 07922** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __goods & services__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,346.85 |
|---|---|---|
| **Mariano's Tailor**<br>**2422 Sternlee Avenue**<br>**Long Beach, CA 90815** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __goods & services__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,067.00 |
|---|---|---|
| **Martiape Calcado SA**<br>**Rua do Calvario**<br>**no59 Lagares** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __goods & services__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | On This Day LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Mitchell Littman**
**Littman Krooks LLP**
**1325 Ave of the Americas 15 fl**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Morrison Hotel Gallery**
**6351 Corte Del Abeto**
**Suite 113**
**Carlsbad, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,236.91 |
|---|---|---|---|

**Mutesix LLC**
**5800 Bristol Pkwy**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,157.57 |
|---|---|---|---|

**Natco Shanghai NaTco Asia Ltd**
**19/F Seaview Commercial Bldg**
**21-24 Connaught Rd West**
**Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,506.00 |
|---|---|---|---|

**Nice Tones Ltd.**
**Unit 02, 24 F, Perfect Ind Bld**
**31 Tai Yau St, San Po Kong**
**Kowloon, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,400.53 |
|---|---|---|---|

**Nosto Solutinos Ltd**
**Bulevardi 21**
**Helsinki FI-00180, Finland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

**Olexa Casanova**
**80 Amity Street #2**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **On This Day LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,688.68**

**Olmetex SpA**
**22070 - Via Canturina, 10**
**Olmeda de Capiago (Como) Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **goods & services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,866.00**

**Olshan Frome Wolosky LLP**
**1325 Avenue of the Americas**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **goods & services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,924.45**

**Pontetorto**
**via Roma, 15/17/19/21/23a**
**59013 - Montemurlo (PO)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **goods & services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,886.80**

**Prym Fashion Americas**
**470 Seventh Avenue**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **goods & services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,588.97**

**PTL Security LLC**
**105 Pinehurst Avenue**
**Apt. 2**
**New York, NY 10033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **goods & services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,234.00**

**Riopele Fashion Solutions**
**Av Riopele No. 946**
**4770-405 Pousada de Saramagos**
**Portugal**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **goods & services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,772.88**

**Riopele Texteis**
**Av. Riopele, No. 946**
**4770-405 Pousada de Saramagos**
**Portugal**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **goods & services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | On This Day LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,166.54 |
|---|---|---|---|
| | **Seair Global Private Ltd.**<br>**Office No. 601-603 6 Flr**<br>**Zion, Plot no 273, Sector 10**<br>**Kharghar, Navi Mumbai 410210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  goods & services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,103.25 |
|---|---|---|---|
| | **SGS Hong Kong Ltd.**<br>**Unit 303 & 305, 3/F Bldg 22E**<br>**Phase 3 HK Science Park**<br>**Pak Sek Kok, N.T. Hong Kong** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  goods & services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,670.85 |
|---|---|---|---|
| | **Shree Bharat Intl PVT LTD**<br>**W 41, Sector 11, Noida**<br>**Uttar Pradexth**<br>**India - 201301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  goods & services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.38 |
|---|---|---|---|
| | **SMI Tessuti SpA**<br>**Via Guimaraes 15**<br>**59100 Prato - Italy** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  goods & services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,450.00 |
|---|---|---|---|
| | **South Ocean Knitters LTD**<br>**3 / F 888 Cheung**<br>**Sha Wan Road**<br>**Cheung sha Wan, Kowloon, Hkong** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  goods & services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,131.61 |
|---|---|---|---|
| | **Split Rail Holdings LLC**<br>**176 Grand Street**<br>**New York, NY 10013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  goods & services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|
| | **Stetts Model Mgmt**<br>**1123 Broadway**<br>**# 1007**<br>**New York, NY 10010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  goods & services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **On This Day LLC**                                Case number (if known) _____
_____
Name

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,201.15** |
|---|---|---|---|

**Studio Massimo Natali**
**Piazza Martini No. 187**
**51015 Monsummano**
**Terme (PT) - Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **goods & services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,880.61** |
|---|---|---|---|

**Tejidos Royo S.L.**
**Po. Ind de Picassent C/4 No.1**
**Apartado de Correos No. 35**
**46220 Picassent-Valencia-Spain**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **goods & services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$899.26** |
|---|---|---|---|

**Texmoda Tessuti srl**
**Via dei Pioppi**
**18/22**
**59100 Prato (PO) Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **goods & services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$72,188.80** |
|---|---|---|---|

**Tomorrow Agency LLC**
**97 N. 10th St. #2AA**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **goods & services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,493.00** |
|---|---|---|---|

**Tucker & Latifi, LLP**
**160 East 84th Street**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **goods & services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,567.80** |
|---|---|---|---|

**TUV Rheinland (Indiia) Pvt Ltd**
**330-31 Phase IV**
**Udyog Vihar, Gurugram**
**122015 India**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **goods & services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$335.76** |
|---|---|---|---|

**Uline**
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **goods & services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **On This Day LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,470.81 |
|---|---|---|---|
| | **Uniform Apparel Ltd**<br>**2/F., Symphone Indst Bldg**<br>**88-96 Texaco Road**<br>**Tsuen Wan, N.T. Hong Kong** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __goods & services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,710.92 |
|---|---|---|---|
| | **UPS Supply Chain Sol Inc**<br>**28013 Network Pl**<br>**Chicago, IL 60673-1280** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __goods & services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,989.73 |
|---|---|---|---|
| | **Vivolo srl**<br>**Via Ronco Maruni 26**<br>**40068 San Lazzaro di Savena**<br>**(BO) Italy** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __goods & services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 44,572.07 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,649,124.30 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,693,696.37 |

**Fill in this information to identify the case:**

Debtor name      **On This Day LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **On This Day LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors       12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **OTD Grand Street** | **76-180 Grand Street New York, NY 10013** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **OTD Spring Street** | **76-180 Grand Street New York, NY 10013** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **OTD Sunset LLC** | **76-180 Grand Street New York, NY 10013** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name      **On This Day LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:       Income**

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$739,524.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$2,501,021.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$739,524.00** |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:       List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **On This Day LLC** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **payments were made in the ordinary course of business.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Scott Borchetta c/o Wile & Taylor Co PC Attn Rob Taylor 4011 Armory Oaks Drvie Nashville, TN 37204** | **strict foreclosure of debtor assets effective March 1, 2023.** | | **$660,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

| Debtor | **On This Day LLC** | Case number *(if known)* | |
|---|---|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:** Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:** Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   □ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office Gregory M. Messer PLLC<br>26 Court Street<br>Suite 2400<br>Brooklyn, NY 11242** | **$21,500 (includes filing fees).** | | **$21,500.00** |
| | Email or website address<br>**gremesser@aol.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor    **On This Day LLC**                                             Case number *(if known)*

---

| Part 7: | Previous Locations |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

---

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

---

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **On This Day LLC** _____    Case number *(if known)* _____

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage** **10830 Ventura Blvd.** **Studio City California** | **Debtor** | | ☐ No ■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

---

| Debtor | **On This Day LLC** | Case number *(if known)* |
| --- | --- | --- |

☐ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
| --- | --- | --- |
| 25.1.    **OTD Sunset LLC** | | EIN:<br><br>From-To |
| 25.2.    **OTD Grand Street LLC** | | EIN:<br><br>From-To |
| 25.3.    **OTD Spring Street LLC** | | EIN:<br><br>From-To |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.    **Adeptus Partners LLC**<br>**733 Route 35N Suite A**<br>**Asbury Park, NJ 07712** | **10/21 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.1.    **Adeptus Partners, LLC**<br>**733 Route 35N, Suite A**<br>**Asbury Park, NJ 07712** | **10/21 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor   **On This Day LLC**                                                Case number *(if known)* _____

| 27.1. | **Name of the person who supervised the taking of the inventory**<br>employees - once a year | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| | **Name and address of the person who has possession of inventory records**<br>employees | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Luisa Garcia** | **313 10th Street**<br>**Union City, NJ 07087** | **EVP** | **2021 through 2023** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| 30.1. | **Name and address of recipient**<br>**John Varvatos** | **Amount of money or description and value of property**<br>$200,000.00 | **Dates**<br>over 12 months | **Reason for providing the value**<br>received a salary of approximately - $200,000 |
|---|---|---|---|---|
| | **Relationship to debtor**<br>CEO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **On This Day LLC**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  7, 2023**

**/s/ John Varvatos**                                    **John Varvatos**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  **On This Day LLC**                                                        Case No. _____

Debtor(s)                                    Chapter  **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $ _____**21,500.00**

    Prior to the filing of this statement I have received _____    $ _____**0.00**

    Balance Due _____    $ _____**21,500.00**

2.  $ __**0.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**March  7, 2023**
_____
*Date*

**/s/ Gregory M. Messer**
**Gregory M. Messer 7539**
*Signature of Attorney*
**Law Office of Gregory Messer**
**26 Court Street**
**Suite 2400**
**Brooklyn, NY 11242**
**718 858-1474   Fax: 718 797-5360**
**gmesser@messer-law.com**
*Name of law firm*

# United States Bankruptcy Court
### Southern District of New York

In re  **On This Day LLC**                                                    Case No. _____

                                              Debtor(s)            Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:  **March  7, 2023** _____        **/s/ John Varvatos** _____

                                              **John Varvatos**/**CEO**
                                              Signer/Title

606 LIMITED
FLAT B, 9/F CHEUNG LUNG IND BL
10 CHEUNG YEE STR CHEUNG SHAWA
KOWLOON, HONG KONG


707 LIMITED / SEAZON PACIFIC
5/F,AIA FINANCIAL CENTRE
112 KING FUK STR, SAN PO KONG
KOWLOON, HK


ACTIVAIRE LLC
67 WEST STREET
SUITE 401
BROOKLYN, NY 11222


ADEPTUS PARTNERS LLC
733 ROUTE 35 NORTH
SUTIE A
ASBURY PARK, NJ 07712


ALDER FACILITIES MARKETPLACE
920 BROADWAY, FLOOR 8
NEW YORK, NY 10010


ALIGN PUBLIC RELATIONS INC
9190 WEST OLYMPIC BLVD
SUITE 269
BEVERLY HILLS, CA 90212


ARTWELL HOLDING LLC
7/F YAU LEE CENTRE
NO. 45 HOOI YUEN RD KWUN TONG
KOWLOON, HONG KONG


BESTE SPA
VIA PRIMO LEVI, 6-LOC.
PNTE DI COLLE
59025 CANTAGALLO, PRATO, ITALY


BOLTACITY LLC
999 RIVERVIEW DR
2ND FLOOR
TOTOWA, NJ 07512

BONOTTO S.P.A.
VIA LOUVIGNY, 30
36064 COLCERSA (VI) ITALY


BYNEXT
650 BELLEVILLE TURNPIKE
UNIT 1
KEARNY, NJ 07032


CALIFORNIA TAXES
555 COUNTY CENTER FLR 1
REDWOOD CITY, CA 94063


CENTAUR PROPERTIES LLC
580 FIFTH AVENUE
32ND FLOOR
NEW YORK, NY 10036


CERVOTESSILE S.P.A.
VIA OLONA, 123
21013 GALLARATE (VARESE) ITALY


CKM CREATIVE
25 RIDGE ROAD
BUDD LAKE, NJ 07828


DHL EXPRESS (USA) INC.
16592 COLLECTIONS DR.
CHICAGO, IL 60693


DINAMO SRL
VIA MILANO 9
59013 MONTEMURLO (PO) ITALY


E.L.K. DEISGN CORP.
64-11 99 STREET
REGO PARK, NY 11374


ELITE MODEL MNGMT LLC
245 FIFTH AVE
24TH FLOOR
NEW YORK, NY 10016

ERIC LUKENICH
265 PROSPECT PL
BROOKLYN, NY 11238


EUROFINS (MODERN TESTING SVS)
349 LENOX STREET
NORWOOD, MA 02062


FAST SIGNS
4031-B SEPULVEDA BLVD.
CULVER CITY, CA 90230


FEDEX CUSTOMER RELATIONS
3875 AIRWAYS MODULE H3
DEPARTMENT 4634
MEMPHIS, TN 38116


GILWOOD CHINA CO LTD.
ROOOM 1008 BUILDING D
NO. 7001 ZHONGCHUN RD
MINGHANG 20101 SHANGHAI, CHINA


GLOBAL FREIGHT USA LLC
230-59 JFKF INTL AIRPORT
CENTER BLVD, SUITE 270
SPRINGFIELD GARDENS, NY 11413


HEOYNIL OH
377 RECTORO PL
NEW YORK, NY 10280


HOPIFICIO TESSILE SRLS
STRADA SAN MAURO
193/5B, TORINO 10156


IMPERIAL CLEANING
151 DIXON AVENUE
AMITYVILLE, NY 11701


INFINITY SRL
VIA PER MARCCO 12/C
38068 ROVERETO TN

```
JACKSON LEWIS PC
666 THIRD AVE.
29TH FLOOR
NEW YORK, NY 10017-4000


JG MAINTENANCE CO.
413 N. ADAMS ST
APT. 106
GLENDALE, CA 91206


JOHN & JOYCE VARVATOS
176-180 GRAND STREET
NEW YORK, NY 10013


JOHN VARVATOS
176-180 GRAND STREET
NEW YORK, NY 10013


JOWOO LTD.
SUITE 405, SEOULSUP IT CASTLE
GWANGNARU-RO 130, SEEONGDONG-G
SEOUL, KOREA 04788


KAILAS PHOTOGRAPHY
41 VARICK AVE.
#415
BROOKLYN, NY 11237


KILROY REALTY CORP.
3780 KILROY AIRPORT WAY
SUITE 410
LONG BEACH, CA 90822


KIM MORRELL
90 LEXINGTON AVENUE
APT. 5D
NEW YORK, NY 10016


KING BABY
1621 12TH STREET
SANTA MONICA, CA 90404


KNOPF & KNOPF INTL
HAUPTSTRABE 5
88437 MASELHEIM-APFINGEN
GERMANY
```

L INDUSTRIES (MAN YAN GARMENT
TEXTILES COMPANY LTD.
GAOPING IND PARK SANJIAO TOWN
ZHONGSHAN CITY GUANGDONG CHINA


LANIFICIO FA L SA SRL
VIA MENABUONI
14 - 59100 PRATO


LANIFICIO FALIERO SARTI S.R.L.
VIA VITTOORIO ALFIERI, 92
50013 CAMPI BISENZIO (FL)
ITALY


LANNY K.W. INC.
113 DANBURY RD
UNIT 9
RIDGEFIELD, CT 06877


LEVELS UP HCS LLC
90 BROAD STREET
SUITE 902
NEW YORK, NY 10004


LIBERTY MUTUAL
RPC PO BOOX 1604
NEW YORK, NY 10016-1604


LOFFREDO BROOKS ARCHITECTS
118 WEST 22ND STREET
4TH FLOOR
NEW YORK, NY 10011


LYRIA S.P.A.
VIA VENEEZIA 30 / 32
59013 MONTEMURLO (PO) ITALY


MAINETTI USA
200 CONNELL DRIVE
SUITE 3100
BERKELEY HEIGHTS, NJ 07922


MARIANO'S TAILOR
2422 STERNLEE AVENUE
LONG BEACH, CA 90815

MARTIAPE CALCADO SA
RUA DO CALVARIO
NO59 LAGARES


MITCHELL LITTMAN
LITTMAN KROOKS LLP
1325 AVE OF THE AMERICAS 15 FL
NEW YORK, NY 10019


MORRISON HOTEL GALLERY
6351 CORTE DEL ABETO
SUITE 113
CARLSBAD, CA 92011


MUTESIX LLC
5800 BRISTOL PKWY
CULVER CITY, CA 90230


NATCO SHANGHAI NATCO ASIA LTD
19/F SEAVIEW COMMERCIAL BLDG
21-24 CONNAUGHT RD WEST
HONG KONG


NEW YORK STATE
DEPT OF TAXATION & FINANC
PO BOX 61000
ALBANY, NY 12261-0001


NICE TONES LTD.
UNIT 02, 24 F, PERFECT IND BLD
31 TAI YAU ST, SAN PO KONG
KOWLOON, HONG KONG


NOSTO SOLUTINOS LTD
BULEVARDI 21
HELSINKI FL-00180, FINLAND


OLEXA CASANOVA
80 AMITY STREET #2
BROOKLYN, NY 11201


OLMETEX SPA
22070 - VIA CANTURINA, 10
OLMEDA DE CAPIAGO (COMO) ITALY

OLSHAN FROME WOLOSKY LLP
1325 AVENUE OF THE AMERICAS
NEW YORK, NY 10019


OTD GRAND STREET
76-180 GRAND STREET
NEW YORK, NY 10013


OTD SPRING STREET
76-180 GRAND STREET
NEW YORK, NY 10013


OTD SUNSET LLC
76-180 GRAND STREET
NEW YORK, NY 10013


PONTETORTO
VIA ROMA, 15/17/19/21/23A
59013 - MONTEMURIO (PO)


PRYM FASHION AMERICAS
470 SEVENTH AVENUE
NEW YORK, NY 10018


PTL SECURITY LLC
105 PINEHURST AVENUE
APT. 2
NEW YORK, NY 10033


RIOPELE FASHION SOLUTIONS
AV RIOPELE NO. 946
4770-405 POUSADA DE SARAMAGOS
PORTUGAL


RIOPELE TEXTEIS
AV. RIOPELE, NO. 946
4770-405 POUSADA DE SARAMAGOS
PORTUGAL


SCOTT BORCHETTA / ROB TAYLOR
C/O WILES & TAYLOR & CO PC
4011 ARMORY OAKS DR.
NASHVILLE, TN 37204

SEAIR GLOBAL PRIVATE LTD.
OFFICE NO. 601-603 6 FLR
ZION, PLOT NO 273, SECTOR 10
KHARGHAR, NAVI MUMBAI 410210


SGS HONG KONG LTD.
UNIT 303 & 305, 3/F BLDG 22E
PHASE 3 HK SCIENCE PARK
PAK SEK KOK, N.T. HONG KONG


SHREE BHARAT INTL PVT LTD
W 41, SECTOR 11, NOIDA
UTTAR PRADEXTH
INDIA - 201301


SMI TESSUTI SPA
VIA GUIMARAES 15
59100 PRATO - ITALY


SOUTH OCEAN KNITTERS LTD
3 / F 888 CHEUNG
SHA WAN ROAD
CHEUNG SHA WAN, KOWLOON, HKONG


SPLIT RAIL HOLDINGS LLC
176 GRAND STREET
NEW YORK, NY 10013


STETTS MODEL MGMT
1123 BROADWAY
# 1007
NEW YORK, NY 10010


STUDIO MASSIMO NATALI
PIAZZA MARTINI NO. 187
51015 MONSUMMANO
TERME (PT) - ITALY


TEJIDOS ROYO S.L.
PO. IND DE PICASSENT C/4 NO.1
APARTADO DE CORREOS NO. 35
46220 PICASSENT-VALENCIA-SPAIN

TEXMODA TESSUTI SRL
VIA DEI PIOPPI
18/22
59100 PRATO (PO) ITALY


TOMORROW AGENCY LLC
97 N. 10TH ST. #2AA
BROOKLYN, NY 11249


TUCKER & LATIFI, LLP
160 EAST 84TH STREET
NEW YORK, NY 10028


TUV RHEINLAND (INDIIA) PVT LTD
330-31 PHASE IV
UDYOG VIHAR, GURUGRAM
122015 INDIA


ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158


UNIFORM APPAREL LTD
2/F., SYMPHONE INDST BLDG
88-96 TEXACO ROAD
TSUEN WAN, N.T. HONG KONG


UPS SUPPLY CHAIN SOL INC
28013 NETWORK PL
CHICAGO, IL 60673-1280


VIVOLO SRL
VIA RONCO MARUNI 26
40068 SAN LAZZARO DI SAVENA
(BO) ITALY

# United States Bankruptcy Court
## Southern District of New York

In re   **On This Day LLC**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **On This Day LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  7, 2023**

Date

**/s/ Gregory M. Messer**

**Gregory M. Messer 7539**

Signature of Attorney or Litigant

Counsel for   **On This Day LLC**

**Law Office of Gregory Messer**

**26 Court Street**
**Suite 2400**
**Brooklyn, NY 11242**
**718 858-1474 Fax:718 797-5360**
**gmesser@messer-law.com**